The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NELDIN LICONA RIVERA,<br>Defendant. | NO. CR24-079-KKE<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), seized on or about May 14, 2024, which has already been forfeited by Defendant Neldin Licona Rivera:

a. Approximately $46,475 in U.S. currency, seized from Defendant's residence, located at 12250 Greenwood Avenue North, Apartment 315, Seattle, Washington ("Defendant's Residence");

b. Two watches, seized from Defendant's Residence, that are further described as (i) one Oyster perpetual submariner 14mm stainless steel and gold Rolex watch with diamond bezel; and (ii) one Date 36mm 18k yellow gold Rolex watch with pave set diamonds and rubies;

c. Firearms and associated ammunition and accessories, seized from Defendant's Residence and motorhome, which are further described as:

i. One Ruger EC95 Pistol, bearing serial number 46150665;

ii. One Savage Axis Rifle, bearing serial number K072960;

iii. Approximately 45 rounds of ammunition;

iv. Five magazines; and

v. Two sets of body armor; and

d. One Norinco SKS Rifle, bearing serial number 5002030P, and any associated ammunition and magazines, seized from Defendant's storage unit, located at 14900 Aurora Avenue North, Unit 5069, Shoreline, Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On May 11, 2026, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting, to the United States, the Defendant's interest in it (*see* Dkt. No. 439);
- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 444), and attempted to provide direct notice, by means reasonably calculated to reach them, to four potential claimants, as well as to any "Residents," at 12250 Greenwood Avenue North, Apartment 315, Seattle, Washington, and any "Lessee of Unit 5069," at the Public Storage, 14900 Aurora Avenue North, Unit 5069, Shoreline, Washington, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and

Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-F); and

- The time period for filing third-party clams has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

DATED this 6th day of October, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge